UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. F. LAZOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. HEDGPETH,<br><br>　　　　Defendant. | 1:07-cv-00410-OWW-SMS PC<br><br>ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE (DOCUMENT #5)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND COPY OF DOCUMENT NO. 3 TO PLAINTIFF |

On April 9, 2007, plaintiff filed a motion to extension of time for good cause to pay the $350.00 filing fee pursuant with the court's order of March 21, 2007. Additionally, plaintiff provided the court with a notice of change of address, and informed the court that he is no longer in possession of the court's order. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff is granted **thirty (30) days** from the date of service of this order in which to pay the $350.00 filing fee.

　　　　2. The Clerk's Office shall send to plaintiff a copy of the order filed on March 21, 2007 (Document #3).

　　　　3. If plaintiff fails to pay the $350.00 filing fee in full within thirty days, this action shall be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   April 25, 2007**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE